## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 2:03CR19(20) |
| | § | |
| AUGUSTINE BOYD | § | |

### MEMORANDUM OPINION & ORDER

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636.  The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court.  Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to the allegations as set forth in the government's petition be **ACCEPTED**.  Based upon the defendant's plea of true to the allegations, the court finds that the defendant violated the conditions of his supervised release.  It is further

**ORDERED** that the defendant's supervised release be **REVOKED**.  It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, with no term of supervised release to follow such term of imprisonment.

SIGNED this  7th  day of February, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE